UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PAULINO DE LA CRUZ, ET AL.,                :
:
                      Plaintiffs,      :
:            16-CV-4382 (VSB)
     -v-                                      :
:            ORDER OF REFERENCE
TREJO LIQUORS, INC.,                       :
*doing business as*                         :
Trejo Liquors and Wines, et al.            :
:
:
                   Defendants.   :
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/6/2016

VERNON S. BRODERICK, United States District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:    September 6, 2016
             New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge