IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINO DE LA CRUZ and JUVENTINO RAMOS,

    Plaintiffs,

        v.

TREJO LIQUORS, INC. d/b/a TREJO LIQUORS AND WINES *and* JOHANNY TREJO

    Defendants.

No. 16-cv-4382 (VSB)

### NOTICE OF MOTION TO DISMISS

    Defendants, by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court for an order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted. In support of their motion, Defendants refers this Court to their Memorandum of Law in Support, filed simultaneously herewith.

    WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this motion, Defendants respectfully requests that this Court (1) grant their motion to dismiss; (2) dismiss the First Amended Complaint in its entirety with prejudice; and (3) award any other relief that this Court deems just and proper.

Dated: New York, New York
       September 7, 2016

*/s/ Argilio Rodriguez*
By: Argilio Rodriguez, Esq.
Rodriguez Law, P.C.
Empire State Building
350 Fifth Avenue, Suite 5909
New York, NY 10118
(212) 960-3305
argilio@lawrodriguez.com

*Attorney for Defendants*

To:     Walker G. Harman, Jr.
        Edgar M. Rivera
        The Harman Firm, LLP
        220 Fifth Avenue, Suite 900
        New York, NY 10001
        (212) 425-2600
        [wharman@theharmanfirm.com](mailto:wharman@theharmanfirm.com)

        *Attorneys for Plaintiffs*

## CERTIFICATION OF SERVICE

I, Argilio Rodriguez, hereby certify that on September 6, 2016, I caused a copy of the attached Notice of Motion to Dismiss plaintiffs' First Amended Complaint and the Memorandum of Law in Support of Defendants' Motion to Dismiss to be served: (i) electronically on all counsel registered for electronic service in this action; and (ii) by email to opposing counsel.

Dated: New York, New York
      September 6, 2016

                                            */s/Argilio Rodriguez*
                                            Argilio Rodriguez, Esq.