

# RODRIGUEZ LAW, P.C.

EMPIRE STATE BUILDING | 350 FIFTH AVENUE | SUITE 5909 | NEW YORK, NEW YORK 10118

TELEPHONE (212) 960-3305
INFO@LAWRODRIGUEZ.COM | WWW.LAWRODRIGUEZ.COM

ARGILIO RODRIGUEZ, ESQ.
ARGILIO@LAWRODRIGUEZ.COM

October 6, 2016

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square, Court Room 518
New York, NY 10007

    **Re:** *Paulino de la Cruz, et al v. Trejo Liqours, Inc. et al*
         **CA No. 16-cv-4382 (VSB)**

Your Honor,

    We represent Defendants Trejo Liquors, Inc. and Johanny Trejo (collectively referred to as "Defendants") in the above-referenced matter. We write to respectfully request an extension of time of one week to file our reply brief on the pending motion to dismiss, such that the due date would be October 13th. The request is being made as Defendants' counsel is simultaneously briefing a summary judgment motion on behalf of six defendants due tomorrow, October 7th, 2016 in the action *Rosario v. Mis Hijos Deli Corp., et. al.* (15-CV-6049 (LTS) (DCF). Plaintiff would not be prejudiced by an extension of time of one week as this action is in its earliest stage. We reached out to Plaintiff's counsel and were told that Mr. Harman was not in the office. This is the first request for an extension of time by Defendants.

    The parties thank the Court for its attention to this matter.

                                   Very truly yours,

                                   */s/ Argilio Rodriguez*
                                   Argilio Rodriguez, Esq.
                                   Counsel for Defendants