# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

October 6, 2016

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

Re: *De La Cruz et al. v. Trejo Liquors, Inc. et al.* 16-cv-4328 (VSB)

Dear Judge Broderick:

This firm represents the Plaintiffs in the above referenced action. We write in response to Defendants' letter dated October 6, 2016, wherein Defendants request a one (1) week extension of time to file their reply brief in the pending motion to dismiss.

Plaintiffs consent to Defendants' requested extension of time to file their reply brief. In reviewing the docket on this matter, we realized that Plaintiffs' opposition to Defendants' motion was filed outside of the timeframe permitted under Local Rule 6.1, having been erroneously calendared as twenty-one days, pursuant to Plaintiffs' time to amend under Fed. R. Civ. P. 15, rather than fourteen days as per Local Rule 6.1.

Plaintiffs' counsel apologizes for any inconvenience its administrative error caused to the Court, and respectfully requests that the Court extend Plaintiffs' deadline *nunc pro tunc* by one (1) week, from September 22, 2016, until September 29, 2016. Plaintiffs also consent to Defendants' requested one (1) week extension of time to file their reply brief, moving their deadline to October 13, 2016, from October 6, 2016.

Thank you for Your Honor's consideration.

Respectfully,

Walker G. Harman, Jr.