**THE HARMAN FIRM, LLP**
**Attorneys & Counselors At Law**
www.theharmanfirm.com

December 23, 2016

<u>Via ECF</u>

Judge Debra C. Freeman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re: *De La Cruz v. Trejo Liquors, Inc.*, **16-cv-4382 (VSB)**

Dear Judge Freeman:

  We represent Plaintiffs in the above-referenced action and write on behalf of the parties to report to Your Honor the parties' availability for a settlement conference, as Your Honor directed during the December 22, 2016 Court Conference.

  The parties are not all available on the dates provided by the Court: Plaintiffs are available on January 17 and 19; Defendants are available on January 23, 24, 25 and February 1 and 3. The parties are working among themselves to identify dates when we are all available.

  Thank you for Your Honor's time and consideration of this matter.

           Respectfully submitted,

           */s/ Walker G. Harman, Jr.*

           Walker G. Harman, Jr.

cc: Argilio Rodriguez (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926