**THE HARMAN FIRM, LLP**
**Attorneys & Counselors At Law**
www.theharmanfirm.com

December 29, 2016

<u>Via ECF</u>

Hon. Debra C. Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re: *De La Cruz v. Trejo Liquors, Inc.*, 16-cv-4382 (VSB)

Dear Judge Freeman:

 We represent Plaintiffs in the above-referenced action. We write to follow up on our December 13, 2016 letter. The parties have conferred and are available for a settlement conference before the Court every day in February *except* for the 1st, 2nd, 8th, 16th, and 23rd.

 Thank you for Your Honor's time and consideration of this matter.

        Respectfully submitted,

        */s/ Walker G. Harman, Jr.*

        Walker G. Harman, Jr.


cc: Argilio Rodriguez (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926