# RODRIGUEZ LAW, P.C.

EMPIRE STATE BUILDING | 350 FIFTH AVENUE | SUITE 5909 | NEW YORK, NEW YORK 10118

TELEPHONE (212) 960-3305
INFO@LAWRODRIGUEZ.COM | WWW.LAWRODRIGUEZ.COM

ARGILIO RODRIGUEZ, ESQ.
ARGILIO@LAWRODRIGUEZ.COM

April 17, 2017

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:    *Paulino de La Cruz, et. al. v. Trejo Liquors, Inc., et. al.*
              CA No. 16-cv-4382 (VSB)

Your Honor,

      We represent Defendants in the above-referenced wage and hour action. On behalf of the parties, we submit this joint letter in accordance with the Court's Order dated April 4th, 2017, regarding a briefing schedule for Defendants' new motion to dismiss, which is directed at Plaintiff Mr. De la Cruz's retaliation claim in the Second Amended Complaint. The parties have conferred and have agreed on a briefing scheduling. Defendants' opening brief will be due April 28th, 2017. Plaintiffs' opposition will be due May 19th, 2017 and Defendants' reply will be due June 2nd, 2017.

                                                                     Very truly yours,

                                                                  */s/ Argilio Rodriguez*
                                                                  Argilio Rodriguez, Esq.

                                                                *Counsel for Defendants*