UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULINO DE LA CRUZ and JUVENTINO RAMOS,　　　Case No. 16 CV 4382

    *Plaintiffs*,

-against-　　　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

TREJO LIQUORS, INC. and JOHANNY TREJO

    *Defendants.*
------------------------------------------------------------X

I, Walker G. Harman, Jr., attorney for the Plaintiffs in the above-captioned matter and principal of The Harman Firm, LLP, hereby certify that on July 13, 2017, The Harman Firm, LLP, served a copy of the Court's June 14, 2017 Order, our Memorandum of Law in Opposition of Defendants' Partial Motion to Dismiss the Second Amended Complaint, and the Declaration of Walker G. Harman, Jr. with the attached exhibits by forwarding copies to them, via United States mail, first class, to:

    Johanny Trejo
    948 Amsterdam Avenue
    New York, NY 10025

    Trejo Liquors
    948 Amsterdam Avenue
    New York, NY 10025

Dated: New York, New York
       August 3, 2017

By: _____/s/ Walker G. Harman, Jr._____
Edgar M. Rivera [ER-1379]
Walker G. Harman, Jr. [WH-8044]
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
T: (212) 425-2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

*Attorneys for Plaintiffs*