# THE HARMAN FIRM, LLP
**Attorneys & Counselors At Law**
www.theharmanfirm.com

August 23, 2017

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *De La Cruz v. Trejo Liquors, Inc.* **16-cv-4382**

Dear Judge Broderick:

    We represent Plaintiffs Paulino De La Cruz and Juventino Ramos in the above-referenced action. On August 22, 2017, in compliance with Your Honor's August 18, 2017 Order [Docket No. 61], Plaintiffs' Counsel sent Defendant Johanny Trejo the attached to alert her of the Court's deadline to submit a case management plan and to schedule a time to meet and confer. We now write to respectfully request that Defendants' former counsel, Argilio Rodriguez, Esq. docket Defendant Johanny Trejo's home address, telephone number and email address so that the parties may communicate more easily with each other in the future.

    Thank you for Your Honor's time and attention to this matter.

                              Respectfully submitted,

                              Walker G. Harman, Jr.

Enclosure

cc:    Trejo Liquors, Inc. and Johanny Trejo (via certified mail)
       948 Amsterdam Avenue
       New York, NY 10025

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926

# Exhibit A

# THE HARMAN FIRM, LLP

**Attorneys & Counselors At Law**
www.theharmanfirm.com

August 22, 2017

**VIA REGULAR MAIL**

Johanny Trejo
Trejo Liquors Inc.
948 Amsterdam Avenue
New York, NY 10025

      Re:    *De la Cruz v. Trejo Liquors, Inc.,* **16 CV 4382**

Dear Ms. Trejo,

    As you know, we represent Plaintiffs Paulino De la Cruz and Juventino Ramos in the above-referenced action. In accordance with the Court's August 18, 2017 Order, we must meet and confer and submit a proposed case management plan by September 15, 2017. Therefore, please contact us at (212) 425-2600 to schedule an in person or telephone.

                                  Very truly yours,

                                    Walker G. Harman, Jr.

Enclosure



Jennifer Melendez <jmelendez@theharmanfirm.com>

## Activity in Case 1:16-cv-04382-VSB De La Cruz et al v. Trejo Liquors, Inc. et al Order on Motion for Conference

**NYSD_ECF_Pool@nysd.uscourts.gov** <NYSD_ECF_Pool@nysd.uscourts.gov>  Mon, Aug 14, 2017 at 3:22 PM
To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/14/2017 at 3:22 PM EDT and filed on 8/14/2017
**Case Name:**      De La Cruz et al v. Trejo Liquors, Inc. et al
**Case Number:**    1:16-cv-04382-VSB
**Filer:**
**Document Number:** 61

**Docket Text:**
ORDER terminating [60] Letter Motion for Conference re: [60] LETTER MOTION for Conference addressed to Judge Vernon S. Broderick from Walker G. Harman, Jr. dated August 10, 2017. Plaintiffs and the remaining individual Defendant, Ms. Trejo, are directed to meet and confer and submit a proposed case management plan by September 15. If Plaintiffs wish to seek a certificate of default against Defendant Trejo Liquors, Inc. for failure to retain counsel, (see Doc. 56), they are directed to do so by September 15 in accordance with Rule 4.H. and Attachment A of my Individual Rules. SO ORDERED. (Signed by Judge Vernon S. Broderick on 8/14/2017) (rj)


**1:16-cv-04382-VSB Notice has been electronically mailed to:**

Walker Green Harman, Jr    wharman@theharmanfirm.com, h.paige@theharmanfirm.com, jmelendez@theharmanfirm.com, lcraig@theharmanfirm.com

Edgar Mikel Rivera    erivera@theharmanfirm.com

**1:16-cv-04382-VSB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/14/2017] [FileNumber=18759332-0] [5def1ea5ee1862c7d98e0ab6eeee88552ee43aab22f7202113e9c8522a6309da3f 7127a48165e392ecf59cc49b5bac58db13e3def8a36ec0804f3429e2c130f1]]