**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------×
PAULINO DE LA CRUZ and JUVENTINO RAMOS,

       *Plaintiffs,*

       v.

TREJO LIQUORS, INC., *d/b/a* TREJO LIQUORS AND WINES, *and* JOHANNY TREJO, *individually,*

       *Defendants.*
------------------------------------------------------------------------×

**16 CV 4382**

**REQUEST TO**
**ENTER DEFAULT**

TO:   RUBY J. KRAJICK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

     Plaintiffs Paulino De La Cruz and Juventino Ramos respectfully request entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Defendant Trejo Liquors, Inc., d/b/a Trejo Liquors and Wines, for failure to retain counsel in this action in accordance with the Court's Order dated May 10, 2017, as fully appears from the court file herein and from the Declaration of Edgar M. Rivera, dated September 1, 2017.  A proposed Clerk's Certificate of Default is attached hereto.

Dated:  New York, New York
         September 1, 2017

                                        By:   s/ Edgar M. Rivera
                                                      Walker G. Harman, Jr. [WH-8044]
                                                      Edgar M. Rivera [ER-1378]
                                                      THE HARMAN FIRM, LLP
                                                      220 Fifth Avenue, Suite 900
                                                      New York, NY 10001
                                                      212.425.2600
                                                      wharman@theharmanfirm.com
                                                      erivera@theharmanfirm.com

                                                      *Attorneys for Plaintiffs*