USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #: _____
DATE FILED: 9/19/2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

PAULINO DE LA CRUZ *and* JUVENTINO RAMOS,

      *Plaintiffs*,

    v.

TREJO LIQUORS, INC., *d/b/a* TREJO LIQUORS AND WINES, *and* JOHANNY TREJO, *individually*,

      *Defendants*.

---------------------------------------------------------------------- x

**16 CV 4382 (VSB)**

**CLERK'S CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 10, 2016, with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Trejo Liquors, Inc., d/b/a Trejo Liquors and Wines ("Trejo Liquors"), by personally serving Argilio Rodriguez, Esq., and proof of service was therefore filed on July 5, 2017 (Docket No. 9). I further certify that a First Amended Complaint was filed and properly served on Defendants via ECF on August 18, 2016 (Docket No. 13), and a Second Amended Complaint was filed and properly served on Defendants via ECF on April 5, 2017 (Docket No. 43). I further certify that Trejo Liquors has not retained new counsel, as per the Court's Order dated May 10, 2017 (Docket No. 53), a copy of which was properly served on Defendants on May 10, 2017 (Docket No. 54). The default of Trejo Liquors is hereby noted.

Dated: New York, New York
      Sept 19, 2017

**RUBY J. KRAJICK**
**Clerk of Court**

By: _____
    Deputy Clerk