**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

APPLICATION DENIED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/24/2017

-----------------------------------------------------------------------×

PAULINO DE LA CRUZ *and* JUVENTINO RAMOS,

Plaintiffs are directed to Rule 4.H and Attachment A of my Individual Rules governing the default judgment procedure.

      *Plaintiffs,*

16 CV 4382 (VSB)

      *v.*

TREJO LIQUORS, INC., *d/b/a* TREJO LIQUORS AND WINES, *and* JOHANNY TREJO, *individually,*

**DEFAULT JUDGMENT**

      *Defendants.*

-----------------------------------------------------------------------×

      This action having been commenced on June 10, 2016, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Trejo Liquors, Inc., d/b/a Trejo Liquors and Wines ("Trejo Liquors"), through service upon Rodriguez Law, P.C., and a stipulation to accept service of the Summons and Complaint having been filed on July 5, 2016 (Docket No. 9); a First Amended Complaint having been filed and properly served on Trejo Liquors via ECF on August 18, 2016 (Docket No. 13); a Second Amended Complaint having been filed and properly served on Trejo Liquors via ECF on April 5, 2017 (Docket No. 43); the Court having issued an Order dated May 10, 2017, ordering Trejo Liquors to retain new counsel, Trejo Liquors not having retained new counsel, and the time for Trejo Liquors to retain new counsel having herein expired on June 9, 2017, it is

      ORDERED, ADJUDGED AND DECREED: That Plaintiffs have damages against Trejo Liquors in the amount of $245,202.00, with pre-judgment interest at nine percent accruing from April 7, 2013, for Plaintiff De La Cruz and January 12, 2013, for Plaintiff Ramos, for a total as of the date of entry of default judgment of $_____ in interest, plus attorneys' fees, costs, and disbursements of this action in the amount of $36,529.01.

2

Dated: New York, New York

      _____, \_\_\_\_\_

                                              Hon. Vernon S. Broderick
                                                       U. S. D. J.

This document was entered on the docket on

_____.