Broderick.V

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PAULINO DE LA CRUZ *and* JUVENTINO RAMOS,

    *Plaintiffs*,

16 CV 4382

    *v.*

**ORDER TO SHOW CAUSE
FOR DEFAULT
JUDGMENT**

TREJO LIQUORS, INC., *d/b/a* TREJO LIQUORS AND
WINES,

    *Defendants.*
-----------------------------------------------------------x

Upon the declaration of Walker G. Harman, Jr., sworn to the 18th day of October, 2017, and upon the annexed proposed default judgment and true and correct copies of the pleadings, affidavits of service thereof, and Clerk's Certificate of Default, it is

**ORDERED**, that Defendant Trejo Liquors, Inc., show cause before a motion term of this Court, at Courtroom 518, United States Courthouse, 40 Foley Square, in the City, County, and State of New York, on **December**, **8**, at **11** o'clock in the **after**noon thereof, or as soon thereafter as counsel may be heard, why the default of Defendant Trejo Liquors, Inc., should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that personal service of a copy of this Order and annexed declaration, proposed default judgment, pleadings, affidavits of service, and Clerk's Certificate of Default upon the defendant or his counsel by **5** o'clock in the **after** noon, **November 3**, **2017**, shall be deemed good and sufficient service thereof.

Dated: New York, New York
Issued: **11/1/2017**

_____
Vernon S. Broderick
United States District Judge