Attorney(s)
Index # **16 CV 4382**
Purchased/Filed:
State of New York
Court: U. S. District
County: Southern Dist.

P790877

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Paulino De La Cruz et al

against

Trejo Liquors Inc dba Trejo Liquors and Wines

**Defendant**

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White | |

Hair color: Brown   Other: _____

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on November 8, 2017, at 12:00 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Order to Show Cause with Supporting Docs

on

**Trejo Liquors Inc dba Trejo Liquors and Wines**

the Defendant in this action, by delivering to and leaving with   Nancy Dougherty
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40.   dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

8th day of November 2017

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
**Invoice·Work Order #** 1729149
Attorney File # **790877**