UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/21/2017__
```

```
------------------------------------------------------ X
                                                       :
PAULINO DE LA CRUZ and JUVENTINO                       :
RAMOS,                                                 :
                                                       :
                            Plaintiffs,                :          16-CV-4382 (VSB)
                                                       :
             -v-                                       :              ORDER
                                                       :
TREJO LIQUORS, INC. and JOHANNY                        :
TREJO,                                                 :
                                                       :
                            Defendants.                :
------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

    As discussed at the hearing held in this matter on December 8, 2017, all parties in this

matter, including the pro se Defendant Johanny Trejo, are directed to appear for a status conference

on January 26, 2018 at 11:00 a.m. in Courtroom 518 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.  Defendants are informed that their failure

to appear may result in judgment in favor of Plaintiffs.

    The Clerk of Court is respectfully directed to mail a copy this Order to the pro se Defendant

Johanny Trejo at 948 Amsterdam Avenue, New York, NY 10025.

SO ORDERED.

Dated:        December 21, 17
              New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge