UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAULINO DE LA CRUZ, JUVENTINO RAMOS,

       Plaintiffs,

   -against-

TREJO LIQUORS, INC. (d/b/a TREJO LIQUIRS & WINES), JOHANNY TREJO,
       Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020

16 **CIVIL** 4382 (VSB)(DF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 30, 2020, the Report and Recommendation is adopted and that Defendants Trejo Liquors, Inc., and Johnny Trejo be held jointly and severally liable for 1. Damages to plaintiff Paulino De La Cruz in the amount of $157,785.94, representing: a. $77,264.04 in unpaid overtime compensation; b. $105.00 in unpaid spread-of-hours compensation; c. $70,416.90 in liquidated damages; and d. $10,000.00 in statutory damages under the WTPA; 2. Prejudgment interest to plaintiff De La Cruz in the amount of: a. $38,515.66 up to October 18, 2018 (the date that Plaintiffs filed their damages submissions); and b. additional prejudgment interest at the rate of nine percent per annum, in the amount of $26,028.20; 3. Damages to plaintiff Juventino Ramos in the amount of $42,577.23, representing: a. $17,226.48 in unpaid overtime compensation; b. $15,350.75 in liquidated damages; and c. $10,000.00 in statutory damages under the WTPA; 4. Prejudgment interest to plaintiff Ramos in the amount of: a. $8,937.00 up to October 18, 2018 (the date that Plaintiffs filed their damages submissions); and b. additional prejudgment interest at the rate of nine percent per annum, in the amount of $7,023.49; 5. Attorneys' fees in the amount of $30,832.87; and 6. Costs in the amount

of $400.00.

**Dated:** New York, New York
August 17, 2020

                                                RUBY J. KRAJICK
                                                Clerk of Court

                             BY:      _____
                                                    Deputy Clerk