IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULINO DE LA CRUZ *and* JUVENTINO RAMOS,

    Plaintiffs,

v.

TREJO LIQUORS, INC. d/b/a TREJO LIQUORS AND WINES *and* JOHANNY TREJO,

    Defendants.

No. 16-cv-4382 (VSB)

**SATISFACTION OF JUDGMENT**

---

**WHEREAS**, a judgment was duly entered in the above captioned action on August 17th, 2020, in the United States District Court, Southern District of New York, in favor of Plaintiffs, PAULINO DE LA CRUZ and JUVENTINO RAMOS and against Defendants TREJO LIQUORS, INC. and JOHANNY TREJO for the sum total of $279,048.70 plus interest, inclusive of costs and attorneys' fees, and said judgment with interest and costs thereon having been satisfied pursuant to a Satisfaction of Judgment Settlement Agreement executed by the Parties;

**AND** it is certified to this Court that there are no outstanding executions with any Sheriff or Marshal within the State of New York or elsewhere,

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the complete and full satisfaction on the docket of said judgment.

Dated: New York, New York
       June 30, 2021

By: *Paul Bartels*
Paul A. Bartels, Esq.
Bell Law Group, PLLC
100 Quentin Roosevelt Boulevard,
Suite 208
Garden City, New York 11530
T. 516-280-3008
F. 516-706-4692
E: paul@belllg.com

PRISCILLA S. SANDOVAL
Notary Public, State of New York
Reg. No. 01SA6408532
Qualified in Nassau County
Commission Expires 08/31/2024